# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Miguel Angel Garcia-Martinez,<br>a.k.a. Miguel Garcia-Martinez,<br>A094 075 835<br>*Defendant* | )<br>)<br>)  Case No.  16 - 9367 MJ<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 23, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Miguel Angel Garcia-Martinez, an alien, was found in the United States of America at or near Gila Bend, in the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States at or near El Paso, Texas, on or about September 6, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: *CEB* Charles E. Bailey, P.S. for AUSA Kathy J. Lemke

☒ Continued on the attached sheet.

*Complainant's signature*
Ramon L. Rivera
U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 24, 2016

*Judge's signature*
Eileen S. Willett
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Ramon L. Rivera, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol Agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 23, 2016, Border Patrol Agent Robert Solomon encountered an individual near Gila Bend, in the District of Arizona. The Agent identified himself as a Border Patrol Agent and performed an immigration inspection on the individual. The individual, later identified as Miguel Angel Garcia-Martinez, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Garcia-Martinez was transported to the Ajo Border Patrol Station for further processing. Garcia-Martinez was held in administrative custody until his criminal and immigration history could be verified.

3. Immigration history checks revealed Miguel Angel Garcia-Martinez to be a citizen of Mexico and a previously deported criminal alien. Garcia-Martinez was removed from the United States to Mexico through El Paso, Texas, on or about September 6, 2016, pursuant to the reinstatement of a removal order issued by an immigration judge. There is no record of Garcia-Martinez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department

1

of Homeland Security to return to the United States after his removal. Garcia-Martinez's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Miguel Angel Garcia-Martinez was convicted of Re-entry of a Removed Alien, a felony offense, on April 2, 2013, in the United States District Court, District of New Mexico. Garcia-Martinez was sentenced to a term of forty-four (44) days' imprisonment. Garcia-Martinez's criminal history was matched to him by electronic fingerprint comparison.

5. On October 23, 2016, Miguel Angel Garcia-Martinez was advised of his constitutional rights. Garcia-Martinez freely and willingly acknowledged his rights and did not agree to provide a statement under oath.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 23, 2016, Miguel Angel Garcia-Martinez, an alien, was found in the United States of America at or near Gila Bend, in the District of Arizona, after having

///
///
///
///

been previously denied admission, excluded, deported, or removed from the United States at or near El Paso, Texas, on or about September 6, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Ramon L. Rivera
U.S. Border Patrol Agent

Sworn to and subscribed before me
this 24th day of October, 2016.

_____
Eileen S. Willett
United States Magistrate Judge